Paul R. PARKER *v.* Sharon PRIEST, In Her Official Capacity of Secretary of State of the State of Arkansas

96-1072                                        930 S.W.2d 383

Supreme Court of Arkansas
Opinion delivered October 21, 1996

*William Randal Wright,* for petitioner.

*Winston Bryant,* Att'y Gen., by: *M. Wade Hodge,* Asst. Att'y Gen., for respondent.

PER CURIAM. Petitioner Paul R. Parker filed his original action petition against respondent Sharon Priest in her capacity as Secretary of State. Petitioner sought an injunction from placing

Proposed Amendment 8 to the Arkansas Constitution on the ballot for the November 5, 1996 General Election and from counting any ballots that might be cast prior to that injunction. Proposed Amendment 8 bears the popular name:

AN AMENDMENT TO AUTHORIZE A STATE LOT-TERY, CHARITABLE BINGO AND RAFFLES, AND CASINO GAMBLING AT CERTAIN APPROVED SITES AND UNDER CERTAIN APPROVED CONDI-TIONS; CREATING THE ARKANSAS LOTTERY AND CASINO GAMBLING COMMISSION TO REG-ULATE SUCH ACTIVITIES; AND EXEMPTING CER-TAIN FOOD ITEMS FROM SALES TAX.

█ Petitioner challenges the sufficiency of the popular name and ballot title on the basis of length, complexity, and misleading tendency due to serious omissions. Because we have delivered the opinion of this court in *Scott v. Priest*, 326 Ark. 328, 932 S.W.2d 746 (1996), granting the petition to enjoin the placement of Proposed Amendment 8 on the November 5, 1996 general election ballot, the issues raised in this petition are moot. The petition, therefore, is dismissed.